UNITED STATES FEDERAL COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NORTHEAST PACKAGING COMPANY, INC., | ) ) ) | CIVIL ACTION DOCKET NO.: |
| Plaintiff | ) ) | |
| v. | ) ) | |
| THE HANOVER INSURANCE COMPANY AND CITIZENS INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF REMOVAL

NOW COME the Petitioners, The Hanover Insurance Company and Citizens Insurance Company of America, by and through their attorneys, Richardson, Whitman, Large & Badger, and pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, respectfully shows:

1. On the 25th day of October, 2011 a complaint was served against Petitioners, The Hanover Insurance Company and Citizens Insurance Company of America, in the Superior Court of the State of Maine in and for the County of Aroostook, entitled, *Northeast Packaging Company, Inc. v. The Hanover Insurance Company and Citizens Insurance Company of America,* CARSC-CV-11-102, a copy of which is attached. Plaintiff had previously filed said action in the State Court. An answer was filed on behalf of the Defendants on November 14, 2011, a copy of which is attached. No further proceedings have been had therein.

2. The above-described action is one which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one that may be removed to this Court by Petitioners, Defendants herein, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-five Thousand ($75,000) Dollars exclusive of interest and costs, and is between citizens of different states. As appears in the Complaint, Petitioners are at the time of the commencement of this action and still are a New Hampshire corporation with a principal place of business in Worcester, Massachusetts; Plaintiff is a Maine corporation with a principal place of business in Presque Isle, County of Aroostook and State of Maine.

WHEREFORE, Petitioners pray that the above action now pending against it in the Superior Court of the State of Maine in and for the County of Aroostook, be removed therefrom to this Court.

DATED at Portland, Maine this 23rd day of November, 2011.

/s/Wendell G. Large
Wendell G. Large

RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME 04112-9545
(207) 774-7474

-3-

## CERTIFICATE OF SERVICE

A true copy of Defendants, The Hanover Insurance Company and Citizens Insurance Company of America's Notice of Removal was sent by email and regular mail this 23rd day of November, 2011 to:

Timothy Woodcock, Esq.
Eaton Peabody
P.O. Box 1210
80 Exchange Street
Bangor, ME 04402-1210
twoodcock@eatonpeabody.com


    /s/Wendell G. Large
    Wendell G. Large


RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474