UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NORTHEAST PACKAGING COMPANY, INC., | ) ) ) | CIVIL ACTION DOCKET NO. 11-cv-00451 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| THE HANOVER INSURANCE COMPANY AND CITIZENS INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective attorneys, and stipulate that this case may be dismissed with prejudice and without costs to any party.

DATED: 12/31/12

/s/ Timothy C. Woodcock
Timothy C. Woodcock, Esq. (Bar #1663)
Attorney for Plaintiff Northeast
Packaging, Inc.

Eaton Peabody
80 Exchange Street – P.O. Box 1210
Bangor, Maine 04402-1210
(207) 947-0111

DATED: 1/10/13

/s/ Wendell G. Large
Wendell G. Large, Esquire (Bar No. 120)
Attorney for Hanover Insurance Company
and Citizens Insurance Company of
America

Richardson, Whitman, Large & Badger
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474

-2-

## CERTIFICATE OF SERVICE

A true copy of the Stipulation of Dismissal was sent by email and regular mail to:

Timothy Woodcock, Esq.
Eaton Peabody
P.O. Box 1210
80 Exchange Street
Bangor, ME 04402-1210
twoodcock@eatonpeabody.com


                                /s/Wendell G. Large
                                Wendell G. Large


RICHARDSON, WHITMAN, LARGE & BADGER
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474